UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA'LENNA CAPERS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE, et al.,<br><br>    Defendants. | Case No. 5:24-cv-01284-SB-BFM<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records and files herein, the Magistrate Judge's Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation. The Court has reviewed de novo those portions of the Report and Recommendation to which objections were raised and finds the objections to be without merit. Despite being given multiple opportunities, Plaintiff has failed to state a constitutional violation. Her malicious-prosecution arguments do not adequately address the probable cause standard. She fails to present any substantial argument that she sufficiently identified fabricated evidence. She does not establish that any defendant acted with the requisite culpability to engage in conscience-shocking conduct. And she has not shown the potential for *Monell* liability. The Court accepts the recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.

2. The Second Amended Complaint is dismissed without leave to amend.

3. Judgment shall be entered dismissing this action with prejudice.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

Date: January 21, 2025

                                                    Stanley Blumenfeld, Jr.
                                                    United States District Judge