JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MA'LENNA CAPERS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF RIVERSIDE, et al.,<br><br>    Defendants. | Case No. 5:24-cv-01284-SB-BFM<br><br>FINAL JUDGMENT |

For the reasons set forth in the accompanying Order Accepting Findings, Conclusions, and Recommendations of U.S. Magistrate Judge, this action is dismissed with prejudice.

Date: January 21, 2025

                                        Stanley Blumenfeld, Jr.
                                        United States District Judge